**2**

DAVID P CUSICK, #160467  TRUSTEE
NEIL ENMARK, #159185, Attorney for Trustee
TALVINDER S. BAMBHRA, #230907, Attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 19-25934-C-13C |
| ) | DCN: DPC-1 |
| ) | |
| TIMOTHY P. JANOVICH, ) | TRUSTEE'S OBJECTION TO |
| ) | CONFIRMATION |
| ) | |
| ) | DATE:     DECEMBER 10, 2019 |
| ) | TIME:     2:00 P.M. |
| ) | JUDGE:    KLEIN |
| Debtor(s)  ) | COURTROOM:   33 |

DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor(s) plan and does not recommend its confirmation.

The Trustee objects to confirmation as:

1. **PLAN WILL NOT WORK AS PROPOSED:** The Debtor cannot comply with the Plan, 11 U.S.C. § 1325(a)(6). Debtor admitted at the First Meeting of Creditors, that the real property listed in Class 1, 2532-2536 Michelle Drive in Sacramento California, was sold at a

1

foreclosure sale. The Plan will need to be amended to reflect the foreclosure, by placing the property in Class 3, along with the other associated secured debts listed in Class 2(A), and Class 4, (DN 11, pages 3 & 4). The Debtor also stated there were excess proceeds from the sale in an escrow account, with which he wants to propose paying off the Plan at 100 percent.

Creditor Wilmington Trust, has filed an Objection to Confirmation, EAT-1, (DN 31), and an Objection to Debtor's Motion to Impose Stay, PGM-1, (DN 36), both of which have as an exhibit, the Trustee Deed Upon Sale, which was recorded on October 7, 2019, (DN 33 & 37).

2. **109(G) BAR TO FILING IN AFFECT:** 11 U.S.C. §109(g)(2) states as follows:

> (g) Notwithstanding any other provision of this section, no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if –
> (2) the debtor requested and obtained a voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by section 362 of this title.

Debtor filed bankruptcy case 2018-23571 on June 7, 2018. On November 5, 2018, Creditor Wells Fargo Bank N.A. filed a Motion for Relief from the Automatic Stay, EAT-1 (DN 39). The motion for relief was subsequently granted on July 2, 2019, and an order granting entered on July 3, 2019, (DN 80 & 82).

On July 8, 2019, the Debtor filed an Ex Parte Application to Dismiss Chapter 13 Case, which was granted on July 9, 2019, (DN 83 & 84).

The current case, case #2019-25934, was filed on September 23, 2019, well within the 180 days contemplated by the code.

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan.

Dated: NOVEMBER 13, 2019

_____
Talvinder S. Bambhra, Attorney for Trustee

2